IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Searching of: | MJ-22-062-M-KLD |
| All monies, up to $146,100 in funds on deposit in JP Morgan Chase Bank Account 00000851063971 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 4th day of October, 2022.

_____
Honorable Kathleen L. Desoto
Magistrate Judge